No. 859. 2000 PLASTIC TUBULAR CASES ET AL. *v.* UNITED STATES. C. A. 3d Cir. Motion to dispense with printing petitioners' brief granted. Certiorari denied. Petitioner Knox *pro se. Solicitor General Marshall* for the United States.

No. 933. MANCUSI, WARDEN *v.* HETENYI. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, and *Samuel A. Hirshowitz,* First Assistant Attorney General, for petitioner. *Ernest J. Brown* for respondent.

No. 488, Misc. BENNETT *v.* WILKINS, WARDEN. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Amy Juviler* and *Barry Mahoney,* Assistant Attorneys General, for respondent.

No. 609, Misc. JOHNSON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. Petitioner *pro se. Robert Matthews,* Attorney General of Kentucky, and *Charles W. Runyan,* Assistant Attorney General, for respondent.

No. 612, Misc. JONES *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Frank S. Hogan* for respondent.

No. 701, Misc. BYRNE *v.* KYSAR ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Lawrence Gunnels* for Kysar et al., and *Daniel P. Ward* and *Edward J. Hladis* for Barish, respondents.